```
                 UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF FLORIDA
                        TAMPA DIVISION
```

LEEDOM MANAGEMENT GROUP, INC.,
ET AL.,

    Plaintiffs,
v.                      Case No. 8:11-cv-2108-T-33TBM

SUSAN PERLMUTTER, ET AL.,

    Defendants.
_____/

**ORDER**

This cause comes before the Court pursuant to Leedom's Notice of Interlocutory Appeal (Doc. # 125), which was filed on June 5, 2012. The Court determines that it is appropriate to stay and administratively close this case during the pendency of the interlocutory appeal. In so staying and administratively closing this case, this Court is mindful of its broad discretion over the manner in which it manages the cases before it, Chrysler Int'l Corp. v. Chemaly, 280 F.3d 1358, 1360 (11th Cir. 2002), and determines that a stay under the circumstances of this case will conserve the resources of the parties and the Court.

The parties are directed to advise the Court immediately upon the resolution of the interlocutory appeal.

Accordingly, it is

**ORDERED, ADJUDGED**, and **DECREED** that:

1. This matter is hereby **STAYED** during the pendency of the interlocutory appeal.
2. The Clerk is instructed to **ADMINISTRATIVELY CLOSE** this case.
3. The parties are directed to advise the Court immediately upon the resolution of the appeal. When the appeal is resolved, the Court will return this case to active status.

**DONE AND ORDERED** in Chambers, in Tampa, Florida, this 18th day of June 2012.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record